**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| PAMELA COLVIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: A 08 CA 515LY |
| | § | |
| TITEFLEX CORPORATION, GASTITE | § | |
| DIVISION, and CLARK SIMMONS HOMES, | § | |
| INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | | |
| STATE OF MASSACHUSETTS | § | |
| COUNTY OF HAMDEN | § | |
| | § | |

**AFFIDAVIT OF MARK HARRIS**

Before me the undersigned notary public of Massachusetts personally appeared Mark Arthur Harris who under oath stated the following.

1. My name is Mark Arthur Harris.  I am over eighteen years of age.  I am competent to make this affidavit.  I am currently the General Manager of the Gastite division of Titeflex Corporation ("Titeflex").  I have been an employee of Titeflex since 1989.

2. The facts in this affidavit are true and correct and based on my personal knowledge as a corporate employee of Titeflex.  I have personal knowledge of Titeflex's practices related to Titeflex's sales, marketing and distribution for corrugated stainless steel tubing ("CSST").

3. Titeflex designs and manufactures CSST.  CSST has been approved for use as a gas conduit in commercial and residential construction by building code officials across the United States, including Hays County.

4. To the best of my knowledge, the Consumer Product Safety Commission has not promulgated any consumer product safety rule, order or standard with respect to Titeflex or Titeflex's CSST product, Gastite.

5. Titeflex has not made any report to the Consumer Product Safety Commission related to its CSST product, Gastite.

This concludes my affidavit.

_____
Mark Harris

Subscribed to before me the undersigned notary public by _____ on the _____ day of July, 2009.

_____
Notary Public
State of Massachusetts

Miriam Ruiz
Notary Public
My Commission Expires March 12, 2015
Commonwealth of Massachusetts

24076\1962342.1